1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                      **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   MARTIN SALAS,                     )        NO. CV 11-1620-CW
                                       )
13                                     )
                Plaintiff,             )
14                                     )
            v.                         )        JUDGMENT
15                                     )
                                       )
16   MICHAEL J. ASTRUE,                )
     Commissioner, Social Security     )
17   Administration,                   )
                                       )
18                Defendant.           )
                                       )
19   ─────────────────────────────────)
20        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed.
21
22   DATED: <u>January 3, 2012</u>
23
24                              _____
                                     CARLA M. WOEHRLE
25                              United States Magistrate Judge
26
27
28